**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| MARKEIA SCOTT | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:26-cv-1509-ELH |
| STATE OF MARYLAND, *et al.* | * | |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * *

**~~PROPO~~SED ORDER** [ELH]

Upon consideration of Defendant State of Maryland's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and ~~any response thereto~~ [with plaintiff's consent (ECF 36),] [ELH], it is this [11th] day of [Sept.], 2026 hereby:

**ORDERED**: That Defendant State of Maryland's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), is **GRANTED**; and it is further:

**ORDERED**: That all of Plaintiff's claims based on 42 U.S.C. §1983 alleged in the Complaint against Defendant State of Maryland are hereby dismissed.

[Ellen L. Hollander]

The Honorable Ellen Lipton Hollander, District Judge
*United States Court for the District of Maryland*