IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MARKEIA SCOTT<br><br>*Plaintiff*<br><br>v.<br><br>OFFICER GOMEZ, BADGE NO. 0244<br><br>*Defendant* | Case No.: 1:26-cv-01509-ELH |

**STATUS REPORT**

Plaintiff, by and through undersigned counsel, hereby submits this Status Report and states:

1.) Defendant Officer Gomez on was served on September 17, 2026. Plaintiff filed an Affidavit of Service showing same on September 22, 2026.

2.) Attorneys Guy Saint Pol Maydieu, Esq. and Kirstin Lustilla, Esq. of the Office of the Attorney General reached out to Plaintiff's counsel on October 20, 2026 and requested an extension to file an Answer on behalf of Defendant Officer Gomez until November 2, 2026.

3.) Plaintiff's counsel agreed to the extension.

4.) Attorneys Guy Saint Pol Maydieu, Esq. and Kirstin Lustilla, Esq. have confirmed that they intend to file an Answer for Defendant Officer Gomez on or before November 2, 2026.

Respectfully submitted,

______________________________
Leonard Gutkoska, Esq.
Federal Bar Number: 03998

Hassan, Hassan & Tuchman, P.A.
1111 Park Avenue, Suite L-150
Baltimore, MD 21201
Ph: 410-669-5070
Fax: 410-669-5705
lgutkoska@hhtlawyers.com
*Attorney for Plaintiff*

______________________________
Benjamin D. Stirling, Esq. (20436)
Hassan, Hassan & Tuchman, P.A.
1111 Park Avenue, Suite L-150
Baltimore, MD 21201
Ph: 410-669-5070
Fax: 410-669-5705
bstirling@hhtlawyers.com
CPF #: 1312190204
*Attorney for Plaintiff*