IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MARKEIA SCOTT<br><br>*Plaintiff*<br><br>v.<br><br>OFFICER GOMEZ, BADGE NO. 0244<br><br>*Defendant* | Case No.: 1:26-cv-01509-ELH |

**STATUS REPORT**

Plaintiff, by and through undersigned counsel, hereby submits this Status Report and states:

1.) Defendant Officer Gomez on was served on September 17, 2026. Plaintiff filed an Affidavit of Service showing same on September 22, 2026.

2.) Attorneys Guy Saint Pol Maydieu, Esq. and Kirstin Lustilla, Esq. of the Office of the Attorney General as well and the undersigned and Ben Stirling with the permission of this court has stayed discovery until the completion of a pretrial settlement conference with a likely date of February 19, 2027.

3.) Plaintiff intends on filing an amended complaint prior to November 30, 2026

Respectfully submitted,

Leonard Gutkoska, Esq.
Federal Bar Number: 03998
Hassan, Hassan & Tuchman, P.A.
1111 Park Avenue, Suite L-150
Baltimore, MD 21201
Ph: 410-669-5070
Fax: 410-669-5705
lgutkoska@hhtlawyers.com